UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ALBERTHA GREEN, | ) |
| | ) |
| Plaintiff, | ) 4:18-cv-229-WTM-CLR |
| | ) |
| vs. | ) |
| | ) |
| CURTIS V. COOPER PRIMARY | ) |
| HEALTH CENTER, INC. and | ) |
| DR. LAQUITA HOLT, | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

This matter having come before the Court on Defendant United States of America's Motion to Substitute, and the Court having thoroughly reviewed the complaint and other pleadings in this matter and having concluded that the United States of America is the only proper defendant for the claims asserted against Curtis V. Cooper Primary Health Center, Inc. and Dr. Laquita Holt in this lawsuit, it is hereby

ORDERED that pursuant to the provisions of 42 U.S.C. § 233(c), the claims as set forth in Plaintiff's Complaint are dismissed with respect to defendants, Curtis V. Cooper Primary Health Center, Inc. and Dr. Laquita Holt, on the grounds that the exclusive remedy for these claims is an action against the United States of America and the United States has been substituted as the sole defendant. It is further ORDERED that the caption of this action shall be amended to reflect the

substitution of the United States as a defendant in place of Curtis V. Cooper Primary Health Center, Inc. and Dr. Laquita Holt.

SO ORDERED this 13th day of February, 2019.

_____
CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA