IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ALBERTHA GREEN,)
)
    Plaintiff,)
)
v.) CASE NO. CV418-229
)
UNITED STATES OF AMERICA,)
)
    Defendant.)
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 13), to which no objections have been filed. After a careful review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case and the Government's Motion to Dismiss (Doc. 11) is **GRANTED**. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 6th day of May 2019.

                               WILLIAM T. MOORE, JR.
                               UNITED STATES DISTRICT COURT
                               SOUTHERN DISTRICT OF GEORGIA